In the Matter of SOL COHEN, Doing Business under the Name of BROOKLYN AUTO SCHOOL, Appellant, against JOHN SPLAIN, as Commissioner of Motor Vehicles of the State of New York, Respondent.—

No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.